IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> ACKNOWLEDGED. Case is dismissed with prejudice.
> DATED: Jan 21, 2026
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

Marlies M. Jung, Case No. 1:13-cv-00925

### STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: January 16, 2026.

By: */s/ Teresa C. Toriseva*
   Teresa C. Toriseva
   TORISEVA LAW
   1446 National Road
   Wheeling, WV 26003
   Phone: (304) 238-0066
   Fax: (304) 238-0149
   Email: justice@torisevalaw.com

*Attorney for Plaintiff*

By: */s/ Andrea Roberts Pierson*
   Andrea Roberts Pierson
   Faegre Drinker Biddle & Reath, LLP
   300 North Meridian Street, Suite 2500
   Indianapolis, IN 46204
   Phone: (317) 237-0300
   Fax: (317) 237-1000
   andrea.pierson@faegredrinker.com

*Attorney for Defendants*